UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THOMAS C. SISOIAN, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 6-13-cv-344 |
| | § | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § | |
| | § | |
|     Defendant. | § | |

**AGREED MOTION TO TRANSFER TO THE
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

Plaintiff Thomas C. Sisoian and Defendant International Business Machines Corporation jointly and respectfully request that this action be transferred to the United States District Court for the Western District of Texas, Austin Division. The parties agree that venue is proper in the Austin Division, and transfer to that Court is appropriate.

By way of this agreed motion, the parties intend to resolve, without further burdening the Court, their pending dispute concerning venue. *See, e.g.,* IBM's Renewed Motion to Transfer or Dismiss at 2-3, 7-14 (Dkt. #38); IBM's Motion to Transfer Based on Convenience (Dkt. #54). All other motions will remain pending after the transfer, and except as to venue, the parties preserve and do not waive any of their respective rights, defenses, and interests in this matter.

Accordingly, the parties respectfully request that the Court grant this agreed motion and transfer this case to the Western District of Texas, Austin Division, where it will proceed.

| | |
|---|---|
| Dated: June 13, 2014 | Respectfully submitted, |
| /s/ Eugene R. Egdorf | /s/ R. Paul Yetter |
| W. Mark Lanier | R. Paul Yetter |
| State Bar No. 11934600 | State Bar No. 22154200 |
| wml@lanierlawfirm.com | pyetter@yettercoleman.com |
| Eugene R. Egdorf | Collin J. Cox |
| State Bar No. 06479570 | State Bar No. 24031977 |
| gene.edgdorf@lanierlawfirm.com | ccox@yettercoleman.com |
| THE LANIER LAW FIRM, P.C. | YETTER COLEMAN LLP |
| 6810 FM 1960 West | 909 Fannin, Suite 3600 |
| Houston, Texas 77069 | Houston, Texas 77010 |
| (713) 659-5200 | (713) 632-8000 |
| (713) 659-2204 (Fax) | (713) 632-8002 (Fax) |
| | |
| Robert Christopher Bunt | *Attorneys for Defendant* |
| State Bar No. 00787165 | *International Business Machines Corp.* |
| rcbunt@pbatyler.com | |
| Charles Ainsworth | |
| State Bar No. 00783521 | |
| charley@pbatyler.com | |
| PARKER, BUNT & AINSWORTH, P.C. | |
| 100 E. Ferguson | |
| Suite 1114 | |
| Tyler, Texas 75702 | |
| (903) 531-3535 | |
| (903) 533-9687 (Fax) | |

*Attorneys for Plaintiff*
*Thomas C. Sisoian*

## Certificate of Service

I hereby certify that on June 13, 2014, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's Electronic Filing System, consistent with Local Rule CV-5(a)(3).

                                              /s/ R. Paul Yetter
                                              R. Paul Yetter