IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 JUN 23  AM 8:41
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

THOMAS C. SISOIAN,
        Plaintiff,

-vs-                                              Case No. A-14-CA-565-SS

INTERNATIONAL BUSINESS MACHINES CORPORATION,
        Defendant.

## O R D E R

BE IT REMEMBERED on this day the undersigned was advised of the transferring of the above-captioned case to his docket on June 17, 2014. The pleadings on four separate files exceed two inches in width on each file. There is no index indicating what motions have been filed and decided (if any) and what motions have been filed and are not decided. Therefore the following orders are entered.

IT IS ORDERED that each party shall file by July 8, 2014, a list of motions that party has filed, the date of filing, whether the motion has been ruled on, and if no ruling has been made, a one-paragraph description of the substantive content of the motion and the requested specific remedy(s).

IT IS FURTHER ORDERED a status hearing is set on July 18, 2014 at 10:00 a.m. in Courtroom 2 of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701, whereby counsel should be prepared to specifically answer questions on all motions and/or oppositions to motions and to establish a scheduling order for the disposition of this case. While the Court normally allows telephone participation in hearings this courtesy will not be allowed in this instance

as the undersigned wants face-to-face communications with prepared counsel. It is important to get a valid start in this case (over one year old) as the Austin docket is a very heavy docket. Cases are being set for trial in the year 2016 on the civil docket and a heavy criminal docket has priority over the civil trial settings.

SIGNED this the 20th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE